1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11    ALONZO WILLIAMS,                    )    NO. CV 10-0694 VAP (SS)
                                          )
12                   Petitioner,          )
                                          )
13           v.                           )    ORDER ACCEPTING FINDINGS,
                                          )    CONCLUSIONS AND RECOMMENDATIONS
14    MARTIN BITER, Warden,               )    OF UNITED STATES MAGISTRATE JUDGE
                                          )
15                   Respondent.          )
                                          )
16    _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein,

18    the Magistrate Judge's Report and Recommendation, and the Objections to the Report and

19    Recommendation.  Having made a de novo determination of the portions of the Report and

20    Recommendation to which the Objections were directed, the Court concurs with and accepts the

21    findings and conclusions of the Magistrate Judge.  Accordingly, IT IS ORDERED THAT:

22          1.      Judgment shall be entered dismissing the action with prejudice.

23          2.      The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24

25    DATED:  March 11, 2013.

26                                                     _____
27                                                     VIRGINIA A. PHILLIPS
                                                       UNITED STATES DISTRICT JUDGE
28