# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO WILLIAMS, | ) | NO. CV 10-0694 VAP (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN BITER, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 11, 2013.

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE